**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MILES STERLING BENCH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-66-G** |
| | ) | |
| **JIM FARRIS, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Before the Court is Petitioner's First Motion for Extension of Time and Leave to File Petition for Writ of Habeas Corpus, in which Petitioner seeks to extend the deadlines for filing his petition, motion for leave to conduct discovery, and motion for evidentiary hearing. *See* Motion (Doc. No. 17). With that Motion, Petitioner has presented Respondent's explanation of its non-objection to the motion. *Id.* For good cause shown, the Motion is GRANTED. Petitioner's deadlines set forth in the Scheduling Order (Doc. No. 12) are modified to the following extent:

- The petition for writ of habeas corpus shall be filed on or before December 23, 2022.
- A motion for leave to conduct discovery may be filed no later than December 23, 2022.
- A motion for evidentiary hearing may be filed no later than February 6, 2023.

The deadlines for responses and replies shall be set as provided in the Scheduling Order.

IT IS SO ORDERED this 25th day of October, 2022.

CHARLES B. GOODWIN
United States District Judge