UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILES STERLING BENCH, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-22-66-G |
| | ) |
| JIM FARRIS, Warden, | ) |
| | ) |
|     Respondent. | ) |

# ORDER

Now before the Court is Respondent's Unopposed Motion for Extension of Time (Doc. No. 24), seeking an extension of the time to file responses to Petitioner's 28 U.S.C. § 2254 habeas corpus petition and motion for discovery. Respondent represents that counsel for Petitioner does not object to the requested extensions, provided that the deadline for Petitioner's motion for evidentiary hearing be reset to align with the new due date for Respondent's responses. For good cause shown, Respondent's Unopposed Motion (Doc. No. 24) is GRANTED.

IT IS THEREFORE ORDERED that the deadlines previously set are modified as follows:

- Respondent's response to Petitioner's habeas corpus petition shall be filed on or before March 8, 2023.

- Respondent's response to Petitioner's motion for discovery shall be filed on or before March 8, 2023.

- A motion for evidentiary hearing may be filed no later than March 8, 2023.

IT IS SO ORDERED this 1st day of February, 2023.

*[Signature: Charles B. Goodwin]*
CHARLES B. GOODWIN
United States District Judge