**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MILES STERLING BENCH,                )
                                     )
                    Petitioner,      )
                                     )
v.                                   )        Case No. CIV-22-66-G
                                     )
CHRISTE QUICK, Acting Warden,[1]     )
Oklahoma State Penitentiary,         )
                                     )
                    Respondent.      )

## ORDER

Before the Court is Respondent's Unopposed Motion for Enlargement of Page Limitation for Response to Habeas Corpus Petition (Doc. No. 26), in which Respondent seeks to enlarge the page limitation for her response from 125 pages to 150 pages.  Having reviewed the motion, the Court finds it unnecessary to grant Respondent's request.  Specifically, Respondent references "standard habeas practice" in which she includes in her brief nearly 44 pages of block quotes from orders of the Oklahoma Court of Criminal Appeals ("OCCA").  The Court is in possession of the state court record, including the OCCA's orders.  Respondent can provide citations to the pertinent language rather than using more than one-third of her page allowance to reproduce what the Court can readily access.

Accordingly, Respondent's Unopposed Motion for Enlargement of Page Limitation for Response to Habeas Corpus Petition is DENIED.

---

[1] Christe Quick is substituted as the proper party respondent pursuant to Federal Rule of Civil Procedure 25(d).

IT IS SO ORDERED this 1st day of March, 2023.

CHARLES B. GOODWIN
United States District Judge